IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM GIBLIN, | NOTICE OF VOLUNTARY DISMISSAL |
| Plaintiff, | |
| v. | |
| MALCOLM S. GERALD AND ASSOCIATES, INC., | Civil Action No. 08-CV-3282 |
| | **Judge Kendall** |
| Defendant. | **Magistrate Judge Denlow** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff William Giblin hereby dismisses Defendant Malcolm S. Gerald and Associates, Inc. with prejudice and states the following in support:

1. Plaintiff filed his Complaint on June 6, 2008. (Docket # 1).

2. Defendant has not served an answer or motion for summary judgment.

WHEREFORE, Plaintiff William Giblin hereby dismisses Defendant Malcolm S. Gerald and Associates, Inc. with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

June 25, 2008
         s/ Craig M. Shapiro
         Craig M. Shapiro
         O. Randolph Bragg
         HORWITZ, HORWITZ & ASSOCIATES, LTD..
         25 East Washington Street Suite 900
         Chicago, Illinois 60602
         (312) 372-8822
         (312) 372-1673  (Facsimile)

         ATTORNEYS FOR PLAINTIFF