**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

William Giblin
                        Plaintiff,

v.                                         Case No.: 1:08–cv–03282
                                         Honorable Virginia M. Kendall

Malcom S. Gerald And Associates Inc
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 25, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall dated 6/25/08: Plaintiff dismisses defendant Malcolm S. Gerald and Associates, Inc., with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). This case is dismissed in its entirety. Civil case terminated. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.